EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
JULIUS J. NAM (Cal. Bar No. 288961)
SAURISH APPLEBY-BHATTACHARJEE (Cal. Bar No. 286264)
Assistant United States Attorneys
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4491/2917
    Facsimile: (213) 894-0141
    E-mail:   julius.nam@usdoj.gov
               saurish.bhattacharjee@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 15-00621-R-6 |
|---|---|
| Plaintiff, | STIPULATION AND JOINT REQUEST TO AMEND SENTENCE FOR DEFENDANT ANTHONY TNGRYAN |
| v. | |
| ANTHONY TNGRYAN, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Julius J. Nam and Saurish Appleby-Bhattacharjee, and defendant Anthony Tngryan ("defendant"), by and through his counsel of record, Gevork Chilingaryan, hereby stipulate as follows:

1. On March 7, 2016, the parties entered into a written plea agreement, pursuant to which defendant pleaded guilty to Count One of the twenty-count indictment in the above-captioned case, which charged defendant with conspiracy to possess fifteen or more

unauthorized access devices, in violation of 18 U.S.C. § 1029(b)(2). (ECF No. 174.)

2. The statutory maximum sentence for a violation of 18 U.S.C. § 1029(b)(2) is: five years' imprisonment; a fine of $250,000 or twice the gross gain or gross loss resulting from the offense, whichever is greatest; a three-year period of supervised release; and a mandatory special assessment of $100.

3. On May 23, 2016, defendant appeared for sentencing before the Court. The Court sentenced defendant to 18 months' imprisonment, to be followed by 4 years' supervised release, as well as a mandatory special assessment of $100 and a waiver of fines.

4. The Court's imposition of a 4-year term of supervised release exceeds the statutory maximum term of supervised release for the offense with which defendant was convicted.

///
///
///

5. The parties respectfully request that the Court amend defendant's sentence to reflect a term of supervised release no greater than 3 years, and that this amendment be reflected in the Judgment and Commitment Order of the Court as to defendant.

Dated: May 23, 2016

Respectfully submitted,

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division


/s/ Saurish Appleby-Bhattacharjee
JULIUS J. NAM
SAURISH APPLEBY-BHATTACHARJEE
Assistant United States Attorneys
Attorneys for Plaintiff
UNITED STATES OF AMERICA



Respectfully submitted,


/s/ (authorized by email on 5/23/16)
Dated: May 23, 2016
GEVORK CHILINGARYAN
Attorney for Defendant
ANTHONY TNGRYAN