## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR15-00621 R | Date | July 7, 2020 |
|---|---|---|---|

| Present: | The Honorable Philip S. Gutierrez, Chief United States District Judge |
|---|---|

| Interpreter | n/a |
|---|---|

| Wendy Hernandez | Not Reported | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Anthony Tngryan (6) | not | | | n/a | | | |

**Proceedings:   (In Chambers) Order GRANTING Defendant's Motion for Early Termination of Supervised Release**

Having read and considered Defendant's motion for early termination of supervised release (dkt. # 386) and the Government's opposition (dkt. # 389), which notes that the United States Probation and Pretrial Services Office does not oppose the motion, the Court GRANTS the motion.

IT IS SO ORDERED.